United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Docket Number: CR 12-00523-001 CW |
| MICHAEL TUCKER | ) | |

ORDER OF DETENTION

ON MOTION OF THE COURT, the offender shall surrender to the United States Marshal Service on Monday, November 17, 2014, to be detained, and shall remain in the custody of the United States Marshal Service until release, at 450 Golden Gate Avenue, San Francisco, California on Tuesday, November 18, 2014, at 8:30 a.m.

Date:  November 17, 2014

_____
Joseph C. Spero
United States Magistrate Judge